NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Christian,<br><br>               Plaintiff,<br><br>v.<br><br>Paradigm Services Incorporated, *et al.*,<br><br>               Defendants. | No. CV-16-00399-PHX-JJT<br><br>**ORDER** |

The Court has reviewed the Parties' Stipulation of Dismissal (Doc. 36).  For good cause appearing,

IT IS ORDERED dismissing this matter in its entirety and with prejudice regarding Plaintiff's individual claims against all Defendants, and without prejudice as to any claims of any putative uncertified class members against Defendants.  The Clerk shall close this matter.

Dated this 5th day of August, 2016.

Honorable John J. Tuchi
United States District Judge